STATE OF CONNECTICUT *v.* MICHAEL JANSON

The state of Connecticut's petition for certification for appeal from the Appellate Court, 20 Conn. App. 348, is denied.

*Geoffrey Marion,* deputy assistant state's attorney, in support of the petition.

Decided January 18, 1990